JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

MAZEN FARAG MAHMOUD ELSAYED REZK,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-06662-DFM

JUDGMENT

Pursuant to the Order Granting in Part Unopposed Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part. Respondents shall release Petitioner Mahmoud Elsayed Rezk (A# 245-885-947) on the conditions of release in effect immediately before his 2026 re-detention. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: November 20, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge